# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-5438-R**　　　　　　　　　　　　　　**DATE: APRIL 21, 2009**

**TITLE: MARK ANTHONY YOUNG -V- COUNTY OF LOS ANGELES et al**
================================================================
**PRESENT:**

　　　　　　　　　　**HON. MANUEL L. REAL, JUDGE**

　**William Horrell**　　　　　　　　　　　　　　**N/A**
　**Deputy Clerk**　　　　　　　　　　　　　　**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　**ATTORNEYS PRESENT FOR DEFENDANT:**

　Not present　　　　　　　　　　　　　　Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON MAY 1, 2009 AT 10:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk __WH__
**CIVIL - GEN**　　　　　　　　　　D-M