LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY YOUNG,<br><br>       Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>       Defendants. | Case No. CV 08-5438-R (RZx)<br><br>**PLAINTIFF'S FIRST AMENDED PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date:   July 7, 2009<br>Time:          9:00 a.m.<br>Ctrm:          8 |

      Respectfully submitted,

DATED:  July 5, 2009          LAW OFFICES OF DALE K. GALIPO


                        By:_____/s/ Dale K. Galipo_____
                           Dale K. Galipo
                           Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY YOUNG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. CV 08-5438-R (RZx)<br><br>**SPECIAL VERDICT FORM** |

SPECIAL VERDICT FORM

We answer the questions submitted to us as follows:

**1.    Did Deputy Wells act within the scope of his employment with the County of Los Angeles?**

　　Yes　_____　　　　No　_____

Continue and answer question 2.

///

///

-1-

CV 08-5438-R (RZx)
SPECIAL VERDICT FORM

**2.     Did Deputy Wells arrest Mr. Young for Penal Code section 148(a)(1) without probable cause?**

   Yes   _____          No   _____

If your answer to question 2 is yes, then answer question 3.
If you answered no, then skip ahead and answer question 4.

**3.     Was Deputy Wells's arrest without probable cause a cause of injury, damage, loss, or harm to Mr. Young?**

   Yes   _____          No   _____

Continue and answer question 4.

**4.     Was Deputy Wells's use of force against Mr. Young excessive or unreasonable under the circumstances?**

   Yes   _____          No   _____

If your answer to question 4 is yes, then answer question 5.
If you answered no, then skip ahead and answer question 6.

**5.     Was Deputy Wells's excessive or unreasonable force a cause of injury, damage, loss, or harm to Mr. Young?**

   Yes   _____          No   _____

Continue and answer question 6.

**6.     Was Deputy Wells negligent?**

   Yes   _____          No   _____

SPECIAL VERDICT FORM

If your answer to question 6 is yes, then answer question 7.

If you answered no, and your answer to either question 3 or 5 is yes, then answer question 8.

If you answered no, and you also answered no to, or were not required to answer, questions 3 and 5, then stop here, answer no further questions, and have the presiding juror sign and date this form.

**7.  Was Deputy Wells's negligence a cause of injury, damage, loss, or harm to Mr. Young?**

   Yes  _____         No  _____

If your answer to either question 3, 5, or 7 is yes, then answer question 8.

If you answered no, or were not required to answer, all of questions 3, 5, and 7, then stop here, answer no further questions, and have the presiding juror sign and date this form.

**8.  What are Mr. Young's total damages?**

    **a.  Past economic loss**

        lost earnings                        $ _____

        medical expenses               $ _____

        other past economic loss        $ _____

        **Total Past Economic Damages:**  **$ _____**

    **b.  Future economic loss**

        lost earnings                        $ _____

        medical expenses               $ _____

        other future economic loss      $ _____

        **Total Future Economic Damages:**  **$ _____**

|   |   |   |
|---|---|---|
| 1 | c. | **Past noneconomic loss, including physical** |
| 2 |    | **pain, mental suffering, and emotional distress:** |
| 3 |    | $ _____ |
| 4 | d. | **Future noneconomic loss, including physical** |
| 5 |    | **pain, mental suffering, and emotional distress:** |
| 6 |    | $ _____ |
| 7 | **TOTAL** | $ _____ |

Continue and answer question 9.

**9.   Did Richard Wells engage in the conduct with malice, oppression, or fraud?**

Yes  _____        No   _____

Signed: _____
                    Presiding Juror

Dated: _____

After it has been signed, deliver this verdict form to the clerk.

///
///
///
///
///
///
///