## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV 08-5438-R                                         Date: **JULY 6, 2009**

TITLE: MARK ANTHONY YOUNG V. COUNTY OF LOS ANGELES, et al.
========================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Dale Galipo                                                           Gary Tanaka
    John Fattahi


PROCEEDINGS:  Defendants' motion for summary judgment or partial summary judgment


The Court hears arguments of counsel.

The Court GRANTS the motion for summary judgment
as to all remaining causes of action, for the reasons
as stated on the record.

Plaintiff shall submit a proposed order, proposed
uncontroverted facts and conclusions of law, and
a proposed judgment.




                                                                                        14 min.


MINUTES FORM 90                                         Initials of Deputy Clerk   AK/WH
CIVIL -- GEN