# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# ***AMENDED***
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV 08-5438-R                                              **Date:** JULY 6, 2009

**TITLE:** MARK ANTHONY YOUNG V. COUNTY OF LOS ANGELES, et al.
===================================================================
**PRESENT:**

HON. MANUEL L. REAL, JUDGE

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

Dale Galipo                                                                Gary Tanaka
John Fattahi

**PROCEEDINGS:** Defendants' motion for summary judgment or partial summary judgment

The Court hears arguments of counsel.

The Court GRANTS the motion for summary judgment as to all remaining causes of action, for the reasons as stated on the record.

Defendant shall submit a proposed order, proposed uncontroverted facts and conclusions of law, and a proposed judgment.

14 min.

**MINUTES FORM 90**                                        **Initials of Deputy Clerk   AK/WH**
**CIVIL -- GEN**