Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY YOUNG<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES;<br>DEPUTY RICHARD WELLS, and<br>DOES 1 through 10, inclusive<br><br>Defendant. | CASE NO. CV 08-05438 R (RZx)<br><br>[Assigned to Hon. Manuel L. Real]<br><br>[PROPOSED] JUDGMENT BY THE COURT PURSUANT TO FRCP 56 |

The motion of defendants COUNTY OF LOS ANGELES and DEPUTY RICHARD WELLS for summary judgment, or, in the alternative, for partial summary judgment, came on regularly for hearing on July 6, 2009 in Courtroom 8 of this court, the Honorable Manuel L. Real, District Judge presiding. After full consideration of the moving and responding papers, as well as oral argument of counsel, the court found that defendants COUNTY OF LOS ANGELES and DEPUTY RICHARD WELLS had shown, by matters of which judicial notice was taken, by judicial admissions, and by admissible evidence and reasonable inferences from admissible evidence, that the action as to them had no merit, and that the plaintiff presented no triable issue of material fact.

1   Accordingly, the court orders the following judgment:

2   Plaintiff MARK ANTHONY YOUNG shall take nothing on his action as to
3   defendants COUNTY OF LOS ANGELES and DEPUTY RICHARD WELLS, that
4   judgment be entered in favor of defendants COUNTY OF LOS ANGELES and
5   DEPUTY RICHARD WELLS, and that defendants COUNTY OF LOS ANGELES
6   and DEPUTY RICHARD WELLS shall recover their costs in an amount to be
7   determined hereafter

9   DATED: 7/27/09

    HONORABLE MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE

CV 08-05438 R (RZx)

-2-