```
                    FILED
         CLERK, U.S. DISTRICT COURT
              JUL 2 7 2009
         CENTRAL DISTRICT OF CALIFORNIA
         BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY YOUNG<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; DEPUTY RICHARD WELLS, and DOES 1 through 10, inclusive<br><br>Defendant. | CASE NO. CV 08-05438 R (RZx)<br><br>[Assigned to Hon. Manuel L. Real]<br><br>[~~PROPOSED~~] STATEMENT OF UNCONTROVERTED FACTS |

After consideration of the papers filed in support of and in opposition to the motion of the defendants for summary judgment or, in the alternative, partial summary judgment, and of the oral argument of counsel, the Court determines that the following facts are uncontroverted:

1. At the time that defendant Deputy Richard Wells stopped and detained the plaintiff, the plaintiff was not wearing his seat belt, in violation of section 27315(d)(1) of the California Vehicle Code.

SUPPORTING EVIDENCE: Exhibit 2 to the Declaration of Deputy Richard Wells and Exhibit 3, page 2, lines 9-18.

///

CV 08-05438 R (RZx)

2. At the time that Deputy Wells stopped and detained the plaintiff, the plaintiff's vehicle did not have a rear license plate, in violation of section 5200 of the California Vehicle Code.

SUPPORTING EVIDENCE: Exhibit 2 to the Declaration of Deputy Richard Wells and Exhibit 3, page 3, lines 8-19.

3. At the time that Deputy Wells stopped and detained the plaintiff, the plaintiff's vehicle did not have a left side mirror, in violation of section 26709(a) of the California Vehicle Code.

SUPPORTING EVIDENCE: Exhibit 2 to the Declaration of Deputy Richard Wells and Exhibit 3, page 2, line 23 - page 3, line 6.

4. At the time that Deputy Wells stopped and detained the plaintiff, the plaintiff was aware that Deputy Wells was a peace officer engaged in the performance of the officer's duties.

SUPPORTING EVIDENCE: Declaration of Mark Anthony Young in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment (hereafter referred to as the "Young Declaration"), paragraph 4, page 1, lines 25-26.

5. During the course of Deputy Wells' traffic stop of the plaintiff, the plaintiff exited his truck, walked past the front of it, and sat down on the curb in front of his truck.

SUPPORTING EVIDENCE: Young Declaration, paragraph 14, page 2, lines 17-18.

6. Deputy Wells asked the plaintiff to return to his vehicle at least five separate times, and the plaintiff repeatedly refused to comply with the deputy's instructions.

SUPPORTING EVIDENCE: Exhibit 2 to the Declaration of Deputy Richard Wells and Exhibit 3, page 4, line 2 - page 5, line 5.

7. Deputy Wells did not use force to compel the plaintiff to return to his vehicle until the plaintiff had repeatedly refused to comply with the deputy's

1 | instructions, and the plaintiff had failed to say anything to the deputy that would
2 | indicate that he ever intended to comply with those instructions.
3 |     SUPPORTING EVIDENCE:    Exhibit 2 to the Declaration of Deputy
4 | Richard Wells and Exhibit 3, page 4, line 2 - page 5, line 18.
5 |     8.    Deputy Wells first used OC spray to attempt to get the plaintiff to
6 | comply with the deputy's instructions.
7 |     SUPPORTING EVIDENCE:    Exhibit 2 to the Declaration of Deputy
8 | Richard Wells Exhibit 3, page 5, lines 6-13; Young Declaration, paragraphs 18-20,
9 | page 2, lines 25-28.
10 |     9.    When the use of OC spray did not cause the plaintiff to comply with
11 | the deputy's instructions, Deputy Wells used his baton to attempt to get the plaintiff
12 | to comply with the deputy's instructions, but only struck the plaintiff twice with the
13 | baton.
14 |     SUPPORTING EVIDENCE:    Exhibit 2 to the Declaration of Deputy
15 | Richard Wells and Exhibit 3, page 8, lines 16-17 and page 10, line 16.
16 |     10.    The two baton strikes by Deputy Wells struck the plaintiff on his leg.
17 |     SUPPORTING EVIDENCE:    Exhibit 1 to the Declaration of Deputy
18 | Richard Wells, page 4 of 4; Young Declaration, paragraphs 23 and 29, page 3, lines
19 | 6-7 and 17-19.
20 |     11.    The plaintiff was arrested for violation of California Penal Code section
21 | 148.
22 |     SUPPORTING EVIDENCE:    Exhibit 2 to the Declaration of Deputy
23 | Richard Wells and Exhibit 3, page 13, lines 3-7.
24 |
25 | DATED: 7/27/09
26 |     HONORABLE MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE