LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY YOUNG,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>         Defendants. | Case No. CV 08-5438-R (RZx)<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' BILL OF COSTS**<br><br>Date:  August 27, 2009<br>Time:  2:00 p.m.<br>Room:  917 |

Plaintiff Mark Anthony Young hereby objects to the Bill of Costs submitted by Defendants in connection with their Request to the Clerk to Tax Costs, filed on August 11, 2009.  As set forth below, Defendants' request for costs must either be denied or reduced by at least $2,179.28.

**I.   THE BILL OF COSTS IS NOT SIGNED**

Because counsel for Defendants did not sign the Bill and thereby attest under penalty of perjury that the costs being sought were necessarily incurred and the services actually performed, the Bill of Costs should be rejected on this basis alone.

## II. EXPEDITED DEPOSITION COSTS ARE NOT TAXABLE

Under Central District of California Local Rule 54-4.6, "non-expedited" transcripts are recoverable. Defendants appear to have properly deducted the "75%" charge for the expedited transcripts of Dr. Walker and Dr. Shipko's depositions. However, Defendants seek to recover for $1463.50 for Mr. Young's deposition even though his $1993.64 expedited deposition transcript would translate to only $1139.22 ($1993.64 / 1.75). This results in a net increase of $324.22 over the recoverable amount. Accordingly, the Clerk should deny Defendants' request insofar as it seeks $324.22 in unrecoverable expedited deposition transcript costs.

## III. VIDEO DEPOSITION COSTS ARE NOT TAXABLE

Under Central District of California Local Rule 54-4.6, certain deposition costs are taxable, "but not including the cost of videotaped or recorded depositions unless otherwise ordered by the Court," or "the costs of video or audio technicians unless otherwise ordered by the Court." L.R. 54-4.6(a), 54-4.6(b). There has been no order by the Court that these ordinarily unrecoverable costs may be recovered in this case. Accordingly, the Clerk should deny Defendants' request insofar as it seeks $1,855.00 in video deposition costs.

In sum, costs should be denied for lacking adequate proof they were necessarily incurred and the services necessarily performed. Alternatively, costs should be reduced by $2,179.28 to comport with the Local Rules.

Respectfully submitted,

DATED: August 17. 2009        LAW OFFICES OF DALE K. GALIPO

                              By:      /s/ Dale K. Galipo
                                 Dale K. Galipo
                                 Attorneys for Plaintiff